IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RILEY GRAHAM also known as Riley Williams,<br><br>    Defendant. | CRIMINAL FILE NO.<br>1:05-CR-269-9-TWT |

ORDER

This is a mortgage fraud case in which the Defendant is representing himself. It is before the Court on the Report and Recommendation [Doc. 1175] of the Magistrate Judge recommending denying the Defendant's Motion to Dismiss and to Strike [Doc. 848]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss and to Strike [Doc. 848] is DENIED.

SO ORDERED, this 9 day of August, 2007.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge