IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RILEY GRAHAM also known as Riley Williams,<br>    Defendant. | CRIMINAL FILE NO.<br>1:05-CR-269-9-TWT |

ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 1827] of the Magistrate Judge recommending denying the Defendant's Motion to Vacate Sentence [Doc. 1775]. For the reasons set forth in the Report and Recommendation, the Defendant's claim of ineffective assistance of counsel is totally without merit. His other claims are procedurally defaulted by not being raised on direct appeal. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Vacate Sentence [Doc. 1775] is DENIED.

SO ORDERED, this 17 day of April, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge